BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555-12th Street
Suite 650
Oakland, CA 94607
510-637-3500

Counsel for Defendant BRIAN EVERETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00683 DLJ |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **WAIVING APPEARANCE** |
| | ) | |
| BRIAN EVERETT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS STIPULATED AND AGREED that Defendant Brian Everett's court appearance on Friday, July 31, 2009 is waived.

/S/

Dated: July 31, 2009
_____
STEPHEN CORRIGAN
Assistant United States Attorney

/S/

Dated: July 31, 2009
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signatures (/S/) within this e-filed document.

1

**ORDER**

Good cause appearing therefor, IT IS ORDERED that defendant Brian Everett's appearance at the status conference on July 31, 2009 is WAIVED.

Dated: July 31, 2009

_____
D. LOWELL JENSEN
United States District Judge